UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY BAUMANN, et al.,<br><br>        Defendants. | Case No. 24-cv-00654-JST<br><br>**ORDER REQUIRING COPY OF SETTLEMENT AGREEMENT**<br><br>Re: ECF No. 27 |

The parties request that the Court retain jurisdiction to enforce their settlement agreement. ECF No. 27. The Court cannot retain jurisdiction to enforce an agreement without being aware of its terms. Accordingly, within seven days of the date of this order, the parties shall lodge a copy of the agreement with the Court by email to JSTpo@cand.uscourts.gov. If the agreement is not timely lodged, the Court will dismiss this case with prejudice without entering the parties' proposed order at ECF No. 27.

**IT IS SO ORDERED.**

Dated: September 18, 2024

_____
JON S. TIGAR
United States District Judge