IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

*Attorneys for Plaintiff CARLOS PENA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIALS PUB, a California Corporation; ROBERT D. THOMAS; GREGORY BAUMANN; CYNTHIA BAUMANN; SCOTT BAUMANN; MADRONE VENTURES, INC.;<br><br>    Defendants. | CASE NO. 24-cv-654-JST<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff CARLOS PENA has reached a full and final resolution of his claims against Defendants BAUMANN; CYNTHIA BAUMANN; SCOTT BAUMANN; MADRONE VENTURES, INC. The parties now stipulate, in accordance with Fed. R. Civ. P. 41(a)(2), and respectfully request that the Court dismiss this action with prejudice. Each side shall pay its own attorneys' fees and costs.

The parties further stipulate and respectfully request that the Court retain jurisdiction over their settlement agreement, pursuant to Paragraph 9 of General Order No. 56, until December 31, 2025.

Date: September 16, 2024              */s/ Irakli Karbelashvili*
                                      By IRAKLI KARBELASHVILI
                                      Attorney for Plaintiff
                                      CARLOS PENA

Date: September 13, 2024              */s/ Sam Quach*
                                      By SAM QUACH
                                      Attorney for Defendants
                                      GREGORY BAUMANN; CYNTHIA
                                      BAUMANN; SCOTT BAUMANN;
                                      MADRONE VENTURES, INC.

### Filer's Attestation

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                                      */s/ Irakli Karbelashvili*
                                      Irakli Karbelashvili

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

# [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed with prejudice. The Court retains jurisdiction over the settlement agreement until December 31, 2025.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
Hon. Jon. S. Tigar
United States District Judge